57 A.3d 444

**Michael Lee PHILIPS, et al.**

v.

**BOARD OF TRUSTEES OF MONTGOMERY COLLEGE.**

**No. 27, Sept. Term, 2012.**

Court of Appeals of Maryland.

Dec. 18, 2012.

Circuit Court, Montgomery County; Marielsa A. Bernard, J.

Paul J. Orfanedes, Judicial Watch, Inc., Washington, DC, for appellants.

Michael D. Hayds (Dow Lohnes PLLC, Washington, DC; Clyde H. Sorrell, Gen. Counsel, Montgomery College, Rockville, MD), on brief, for appellee.

Argued before BELL, C.J., HARRELL, BATTAGLIA, GREENE, ADKINS, BARBERA and IRMA S. RAKER (Retired, Specially Assigned), JJ.

## ORDER

The Court having considered Appellee's Motion to Dismiss as Moot and the responses filed thereto, it is this 18th day of December, 2012

ORDERED, by the Court of Appeals of Maryland, that the Motion to Dismiss as Moot be, and it is hereby, granted, a majority of the Court concurring, and the case is dismissed.

Chief Judge BELL and Judges HARRELL and GREENE requested that it be indicated that they would not have granted the Motion to Dismiss, even assuming mootness.